IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HERBERT "SKIP" BOWEN, Individually and on behalf of others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE<br>) NO.: 1:17-cv-04418-MLB |
| ARROWHEAD LOCK & SAFE, INC. and FRAN HENDERSON | )<br>) |
| Defendants. | ) JURY TRIAL DEMANDED |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the parties stipulate and agree to the dismissal of all claims and counterclaims in this case with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 10th day of February, 2018.

By: /s/ *Paul J. Sharman*
Paul J. Sharman
Georgia Bar No. 227207
paul@sharman-law.com

The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, Georgia 30022
Phone: (678) 242-5297
Fax: (678) 802-2129

*Attorney for Plaintiff*

By: */s/ Eric R Magnus*
Eric R. Magnus
Georgia Bar No. 801405
Dania Haider
Georgia Bar No. 477587
magnus2e@jacksonlewis.com

Jackson Lewis P.C.
1155 Peachtree Street N.E.
Suite 1000
Atlanta, Georgia 30309
Phone: (404) 586-1820
Fax: (404) 525-1173

*Attorneys for Defendants*

Respectfully submitted, this 10th day of February, 2018.

        **THE SHARMAN LAW FIRM LLC**

        <u>/s/ *Paul J. Sharman*</u>
        PAUL J. SHARMAN
        Georgia State Bar No. 227207

        The Sharman Law Firm LLC
        11175 Cicero Drive, Suite 100
        Alpharetta, GA 30022
        Phone: (678) 242-5297
        Fax: (678) 802-2129
        Email: paul@sharman-law.com

        Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HERBERT "SKIP" BOWEN, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARROWHEAD LOCK & SAFE, INC. and FRAN HENDERSON<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>CIVIL ACTION FILE<br>NO.: 1:17-cv-04418-ELR<br><br><br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day filed the foregoing **Joint Stipulation of Dismissal** with the Court's CM/ECF electronic filing system, which will automatically generate electronic notice to all counsel of record.

Dated: 10th day of February, 2018.

*/s/ Paul J. Sharman*
Attorney for Plaintiff